In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to Land Required for Water Front Improvements on the North River, between Bloomfield and Little West Twelfth Streets, and between Tenth and Thirteenth Avenues.

JONATHAN N. GLASS et al., as Executors of JOHN GLASS, Deceased, Appellants; JOHN CONRON et al., Respondents.

*Matter of City of New York* (*Bloomfield St.*), 122 App. Div. 890, affirmed.
(Argued May 31, 1911; decided June 16, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 12, 1907, which affirmed an order of Special

Term confirming the report of commissioners of estimate and assessment in condemnation proceedings.

*Daniel E. Hanlon* and *Michael J. Mulqueen* for appellants.

*William H. Harris, Ernest E. Wheeler* and *Manfred W. Ehrich* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.